UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor child, SARAH DOE,<br><br>                           Plaintiff,<br><br>            -against-<br><br>OCEANSIDE UNION FREE SCHOOL DISTRICT, DR. PHYLLIS S. HARRINGTON, in her official capacity as Superintendent of Schools, and DR. ANTHONY DONATELLI, in his official capacity as School District Physician,<br><br>                           Defendants. | **ATTORNEY DECLARATION OF CHELSEA WEISBORD**<br><br>Docket No. 2:25-CV-02304 (GRB) (ST) |

       CHELSEA WEISBORD, an attorney being duly licensed to practice before the Courts of the State of New York, declares the following statements to be true:

       1.     I am a member of the law firm SOKOLOFF STERN LLP, attorneys for Defendants Oceanside Union Free School District ("District") and Dr. Phyllis S. Harrington in this action (collectively "Defendants").

       2.     I am familiar with the facts and circumstances related to this action and submit this Declaration in opposition to Plaintiff's motion for a temporary restraining order ("TRO") and preliminary injunction ("PI motion").

       3.     Defendants submit the Declarations of Brandon Mitchell and Mary Conlon, both dated May 12, 2025, in support of their opposition to Plaintiff's TRO and PI motion.

       4.     Today, Dr. Jill DeRosa, the Assistant Superintendent of Human Resources, Student Services, and the Department of Community Activities, had to abruptly leave for the airport and travel out of the country due to a medical emergency for a family member studying abroad. She

had to leave before we could finalize her Declaration with her and have her sign it. We reallocated some facts to other declarations to the extent we were able to, but Dr. DeRosa's declaration is a necessary part of our opposition. Given the circumstances, we respectfully request permission to file Dr. DeRosa's declaration as soon as she is able to review and sign it.

5. The following are exhibits relevant to Defendant's opposition and are complete and accurate copies of what they purport to be.

6. Attached as Exhibit A is a copy of the Advisory Committee on Immunization Practices General Recommendations Work Group ("ACIP") guidelines.

7. Attached as Exhibit B is a copy of the June 14, 2019 New York State Department of Health Statement on Legislation Removing Non-Medical Exemptions from School Vaccination Requirements which can be found at:

https://www1.nyc.gov/assets/doh/downloads/pdf/dc/removal-of-nonmedical-exemption-school.pdf

8. Attached as Exhibit C is a *Request for Medical Exemption to Immunization Form*, which is a form created by the State New York State Department of Health.

9. Attached as Exhibit D is a copy of the procedures issued by the New York State Department of Health for the review of requests for medical exemptions which can be found at:

https://www.health.ny.gov/professionals/doctors/conduct/docs/medical_exemption_review_procedures_for_schools.pdf

10. Attached as Exhibit E is a copy of guidelines issued by the New York State Department of Health for determining medical exemptions which can be found at:

https://www.health.ny.gov/professionals/doctors/conduct/docs/medical_exemptions_guidlines.pdf

11. Attached as Exhibit F is a copy of the Oceanside Union Free School District Board of Education's "Mandatory Inoculations and Health Certificates" policy, which is Board Policy 3500.

12. Attached as Exhibit G is Sarah Doe's titer blood test results from Sunrise Medical Laboratories dated November 14, 2019.

13. Attached as Exhibit H is a September 18, 2024 email chain between Nurse Mary Conlon and Plaintiff where Conlon provided Plaintiff with a State-created *Request for Medical Exemption to Immunization Form*.

14. Attached as Exhibit I is a September 25, 2024 email from Plaintiff to Mary Conlon with a medical exemption request form dated September 24, 2025 and signed by Dr. Johnathan Field.[1]

15. Attached as Exhibit J is a September 25, 2024 email chain between Mary Conlon, Nora Epstein.

16. Attached as Exhibit K is a September 26, 2024 email from Mary Conlon to Plaintiff.

17. Attached as Exhibit L is a September 27, 2024 email chain between Mary Conlon and Plaintiff.

18. Attached as Exhibit M is a letter dated October 8, 2024 from High School Principal Dr. Brendon Mitchell to Plaintiff.

19. Attached as Exhibit N is an October 10, 2024 email from Plaintiff to Mary Conlon.

20. Attached as Exhibit N-1 is an October 10, 2024 email from Plaintiff to the School's attendance office attaching a doctor's note from Dr. Matthew Cohen.

---

[1] Plaintiff emailed two doctors' notes to Conlon on September 25, 2024. The second doctor's note has been removed from Exhibit I, as it appears unrelated to this action.

3

21. Attached as Exhibit N-2 is an October 15, 2024 email chain between Plaintiff and Dr. Brandon Mitchell.

22. Attached as Exhibit O is an October 24 through October 25, 2024 email chain between Plaintiff and Dr. Brandon Mitchell, with Plaintiff attaching a a medical exemption request from dated October 24, 2024 and signed by Victoria Vamos FNP-BC.

23. Attached as Exhibit P is an October 28, 2024 email chain between Mary Conlon, Nora Epstein, and Antwan Dr. Haskoor.

24. Attached as Exhibit Q is an October 29, 2024 email from Dr. Brendon Mitchell to Plaintiff.

25. Attached as Exhibit R is an October 30, 2024 email chain between Dr. Jill DeRosa, Dr. Brandon Mitchell, and Plaintiff.

26. Attached as Exhibit S is an October 30, 2024 email chain between Plaintiff, Dr. Brandon Mitchell, and Dr. Jill DeRosa.

27. Attached as Exhibit T is an October 30, 2024 email from Dr. Jill DeRosa to Plaintiff, and copying Dr. Brendon Mitchell.

28. Attached as Exhibit U is an October 31, 2024 email chain between Plaintiff, Dr. Brendon Mitchell, Dr. Jill DeRosa, and Dr. Phyllis Harrington.

29. Attached as Exhibit V is a November 14, 2024 email from Dr. Brendon Mitchell to Plaintiff.

30. Attached as Exhibit W is a January 30, 2025 email chain between Mary Conlon, Nora Epstein, and Dr. Antwan Haskoor.

31. Attached as Exhibit Y is a February 4, 2025 email chain between Plaintiff, Conlon, Dr. DeRosa, and Dr. Mitchell regarding Sarah Doe's exclusion.

32. Attached as Exhibit Z is Plaintiff's *Student Exit/Transfer Form* dated February 10, 2025.

33. Attached as Exhibit AA is a February 13, 2025 email chain between Plaintiff, Dr. Brendon Mitchell, and Dr. Jill DeRosa, with Plaintiff attaching a medical exemption form dated February 9, 2025 and signed by Dr. Paul Lang.

34. Attached as Exhibit BB is an April 7, 2025 email chain between Plaintiff and Dr. Dr. Jill DeRosa DeRosa, with Plaintiff attaching two medical exemption forms, one dated February 9, 2025 and signed by Dr. Paul Lang, and another dated February 19 and signed by Dr. Vincent Garbitelli.

35. Attached as Exhibit CC is an April 8, 2025 email chain from Dr. Brendon Mitchell to Plaintiff.

36. Attached as Exhibit DD is an April 8, 2024 email chain, with attachments, between Mary Conlon, Nora Epstein, and Dr. Antwan Haskoor.

37. Attached as Exhibit EE is an April 9 through April 11, 2024 email chain between Mary Conlon and a New York State Department of Health employee using the DOH's email account, with Conlon providing the DOH with various attachments.

38. Attached as Exhibit FF is an April 14 and April 15, 2024 email chain between Mary Conlon and a New York State Department of Health employee using the DOH's email account.

39. Attached as Exhibit GG is an April 22, 2025 from Mary Conlon to Dr. Brandon Mitchell and Dr. Jill DeRosa with an April 10, 2025 letter from the Department of Health.

40. Attached as Exhibit HH is a copy of Appeal of E.Y., N.Y. Commissioner of Education Decision No. 17,891.

41. Attached as Exhibit II is a copy of Appeal of S.G., N.Y. Commissioner of Education Decision No. 17,830.

42. Attached as Exhibit JJ is a copy of Appeal of J.K., N.Y. Commissioner of Education Decision No. 17,967.

43. I feel compelled to respond to paragraph 5 of Plaintiff's counsel's Attorney Declaration which is filled with lies involving myself. Plaintiff's counsel did not contact me before serving an order to show cause in Nassau County Supreme Court, which according to court records occurred on April 16, 2025. I see no reason why she would expect that I would represent the Oceanside Union Free School District prior to my being retained and advising her of such, as this is not only my first time representing this particular school district, but my firm's first time as well.

44. My removal motion was neither "tactical" nor "delayed." It was timely. I was retained to represent the District on April 24, 2025. And within 24 hours of being retained, I promptly filed my removal papers on Friday April 25, despite testing positive for Covid-19 that morning and being very ill.

Dated: Carle Place, New York
      May 12, 2025

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*
*Oceanside Union Free School District*
*and Dr. Phyllis S. Harrington*

By:   CHELSEA WEISBORD
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 250122LI

To:    All Counsel of Record (via ECF)