# EXHIBIT H



CONLON, MARY <mconlon@oceansideschools.org>

## request for vaccine medical exemption

CONLON, MARY <mconlon@oceansideschools.org>                                          Wed, Sep 18, 2024 at 2:27 PM
To: Jane Doe

As per our conversation, please have the MD working up Sarah Doe complete the attached request for medical exemption for
her Hep B.  Please return to me when completed.

Thank you

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

📁 **Immunization Medical Exemption Request Form_0001.pdf**
340K



**CONLON, MARY <mconlon@oceansideschools.org>**

## request for vaccine medical exemption

Jane Doe <                    >                                                          Thu, Sep 19, 2024 at 10:03 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

Good morning,

Thank you for sending me the form. I did send it this morning to Dr. Fields her Allergist. They will fill it out but he is on
vacation until next Tuesday 9/24. Would that be ok?

I did speak with Dr. Cohen and he said I can draw the labs at any time but if I can wait until they draw labs again.

Thank you,

Jane Doe

Sent from Yahoo Mail for iPhone
[Quoted text hidden]