# EXHIBIT I

4/22/25, 7:34 AM                    Case 2:25-cv-02304-GRB-ST    Document 11-9    Filed 05/12/25    Page 2 of 3 PageID #:
                                                                            801
                              Oceanside Schools Mail - request for vaccine medical exemption



**CONLON, MARY <mconlon@oceansideschools.org>**

## request for vaccine medical exemption

Jane Doe                                                                                Wed, Sep 25, 2024 at 5:25 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

Good morning,

Attached is the note form ▇▇▇▇ allergist about the Hep B vaccine.

I also attached the note form the Orthopedic,
Have a nice day.


Thank you,

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

**Immunization Requirements for School Attendance**
**Medical Exemption Statement for Children 0-18 Years of Age**

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Instructions:
1. Complete information (name, DOB etc).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth:
3. Patient's Address:
4. Name of Educational Institution: Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:
- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Pt c Auto immune rash on entire body ANA elevated, v*** Attached labs, taking daily Antihistamine drugs

Date exemption ends (if applicable): Until rash resolves

A New York State licensed physician must complete this medical exemption statement and provide their information below.

Name (print): Jonathan Tiew
NYS Medical License #: 219010
Address: 257 W Park Ave
Telephone: 516 889 1119
Signature: [signature]
Date: 9/24/24

For Institution Use ONLY: Medical Exemption Status [ ] Accepted [ ] Not Accepted Date: _____

DOH-5077 (6/18)