# EXHIBIT J



CONLON, MARY <mconlon@oceansideschools.org>

## Request for Hep B medical exemption

CONLON, MARY <mconlon@oceansideschools.org>                Wed, Sep 25, 2024 at 7:56 AM
To: Nora Epstein <nepstein@nasboces.org>

Hi Nora,

Attached please find an application requesting medical exemption for Hep B, [Sarah Doe] is a new entrant to our district, coming from Long Beach High School.

This is a student who was not immunized for anything until 2019 when religious exemption ended. This student only had two pediatric doses of Hep B back in 2019. Her mother told me she had titers, which she sent to me, but they were subtherapeutic. I am not sure if Long Beach realized that or not. Regardless, she is here with us now and her mother is stating that she has a total body rash and is being worked up for a possible autoimmune disease, but did not provide any more information.

I am not sure if this is a legitimate reason for medical exemption. Can Dr. Haskoor look into this? Thank you

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

 request for Hep B medical exemption_0001.pdf
715K

4/22/25, 7:38 AM  Case 2:25-cv-02304-GRB-ST  Document 11-10   Filed 05/12/25   Page 3 of 7 PageID #: 805
Oceanside Schools Mail - Request for Hep B medical exemption



CONLON, MARY <mconlon@oceansideschools.org>

## Request for Hep B medical exemption

**Haskoor, Antwan I** <AHaskoor@northwell.edu>  
To: Nora Epstein <nepstein@nasboces.org>, "Fagan, David G" <dfagan@northwell.edu>  
Cc: "mconlon@oceansideschools.org" <mconlon@oceansideschools.org>

Wed, Sep 25, 2024 at 5:17 PM

Good afternoon

The request for medical exemption is denied , see attached .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

---

**From:** Nora Epstein <nepstein@nasboces.org>  
**Sent:** Wednesday, September 25, 2024 9:53 AM  
**To:** Fagan, David G <dfagan@northwell.edu>; Haskoor, Antwan I <AHaskoor@northwell.edu>  
**Subject:** [EXTERNAL] Fw: Request for Hep B medical exemption

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

Please see the attached request

**Thank you,**

## *Nora Epstein, MSN, RN*

Senior Manager II Nurse Coordinator  
Nassau BOCES HAS

Phone: 516-396-2255

Email: NEpstein@nasboces.org

**www.nassauboces.org**




**From:** CONLON, MARY <mconlon@oceansideschools.org>
**Sent:** Wednesday, September 25, 2024 7:56 AM
**To:** Nora Epstein <nepstein@nasboces.org>
**Subject:** Request for Hep B medical exemption

**EXTERNAL SENDER:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. ~Nassau BOCES Tech Services~

[Quoted text hidden]

Disclaimer: This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. Unauthorized use, distribution or reproduction of this email and/or its attachments or embedded files is prohibited. If you have received this transmission in error, please notify your email system administrator and delete the original message. Please note that any views or opinions contained in this email are solely those of the author and do not represent those of Nassau BOCES.

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

📄 **Scan_0550.pdf**
    596K

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

## Immunization Requirements for School Attendance
### Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [x] Haemophilus Influenzae type b (Hib)
- [x] Measles, Mumps, and Rubella (MMR)
- [ ] Polio (IPV or OPV)
- [x] Varicella (Chickenpox)
- [x] Hepatitis B (Hep B)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Pt c Auto immune rash on entire body ANA elevated with All dbl labs - testing daily Anti-Histamine drugs

Date exemption ends (if applicable): Date [illegible] resolve

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print): Antwan Feld　　　　　NYS Medical License #: 219010
Address: 257 W Park Ave
Telephone: 516-[illegible]
Signature: [signed]　　　　　Date: 8/24/21

For Institution Use ONLY: Medical Exemption Status  [ ] Accepted  [x] Not Accepted  Date: 8/24/2021

Antwan Haskour, M.D.
Nassau BOCES-Medical Director
NYS License # 175230



CONLON, MARY <mconlon@oceansideschools.org>

## Request for Hep B medical exemption

**CONLON, MARY** <mconlon@oceansideschools.org>  Thu, Sep 26, 2024 at 7:07 AM
To: "Haskoor, Antwan I" <AHaskoor@northwell.edu>
Cc: Nora Epstein <nepstein@nasboces.org>, "Fagan, David G" <dfagan@northwell.edu>

I will let the mother know. I am sure she will ask why this was denied - what should I tell her?

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

[Quoted text hidden]



**CONLON, MARY <mconlon@oceansideschools.org>**

## Request for Hep B medical exemption

Haskoor, Antwan I <AHaskoor@northwell.edu>  Thu, Sep 26, 2024 at 9:35 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: Nora Epstein <nepstein@nasboces.org>, "Fagan, David G" <dfagan@northwell.edu>

Reason provide does not meet the criteria for exemption . if the parent and the doctor disagree , I will need a consent to speak with the doctor .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

[Quoted text hidden]