# EXHIBIT K



CONLON, MARY <mconlon@oceansideschools.org>

---

## request for vaccine medical exemption

**CONLON, MARY** <mconlon@oceansideschools.org>                                    Thu, Sep 26, 2024 at 9:41 AM
To: Jane Doe

Good morning,

The school district doctor has reviewed the request for medical exemption for the Hepatitis B vaccine and has denied your request as it does not meet the criteria for exemption.

Sarah Doe must receive another dose of the Hep B vaccine or have titers drawn that show she has therapeutic levels by 10/10/24 (14 days), otherwise Sarah Doe may be excluded from school.


Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550


[Quoted text hidden]