# EXHIBIT L



**CONLON, MARY <mconlon@oceansideschools.org>**

## request for vaccine medical exemption

**CONLON, MARY** <mconlon@oceansideschools.org>                    Fri, Sep 27, 2024 at 7:14 AM
To:                Jane Doe

There is no formal denial letter and I cannot forward the email to you. The reason for the denial is that the reason provided does not meet the criteria for exemption. If you disagree and want to appeal this decision, you must complete the attached consent form allowing the school district doctor to speak with Sarah Doe doctor. I need this form completed and returned to me as soon as possible.

*Katie Conlon, MSN, RN, NCSN*
*Oceanside High School - Nurse*
**(516)678-7550**

[Quoted text hidden]

 **Parental verbal consent - HIPAA.PDF**
28K



**CONLON, MARY <mconlon@oceansideschools.org>**

## request for vaccine medical exemption

Jane Doe                                                                                                 Fri, Sep 27, 2024 at 8:26 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

I spoke to NYS DOH yesterday and they said I should receive a denial letter, then I have 30 from that date. If my
form was submitted to the doctor.

Thank you,
Jane Doe

Sent from Yahoo Mail for iPhone

[Quoted text hidden]