# EXHIBIT M



# Oceanside High School

3160 Skillman Ave.
Oceanside, NY 11572-4495
Phone (516) 678-7526     Fax (516) 678-2753

**Dr. Phyllis S. Harrington**
Superintendent
pharrington@oceansideschools.org

**Dr. Brendon Mitchell**
Principal
bmitchell@oceansideschools.org

---

October 8, 2024

<u>Certified Mail Return Receipt</u>

Jane Doe

Dear Ms. Jane Doe

After reviewing your request for a medical exemption and consulting with our district physician, your request for Sarah Doe request has been denied. Therefore, Sarah Doe will be excluded from school effective Wednesday, October 9th, 2024.

Please note that if you choose to appeal this decision, you may do so within thirty days of the District's written denial of your request. Directions on how to file a 310 appeal are posted on the State Education Department's (SED) website at http://www.counsel.nysed.gov/appeals.

Any questions regarding the appeal process can be directed to SED Student Support Services 518-486-6090 or studentsupportservices@mail.nysed.gov. The State Education Department will notify the school if the student's stay has been granted.

Please note that pending notification from the State, Sarah Doe must be excluded from school during the time of the appeal process.

Sincerely,

*Bn/\ M*

Dr. Brendon Mitchell
Principal
Oceanside High School

cc: Katie Conlon, Nurse
    Megan Librizzi

KNOW THOROUGHLY, THINK CRITICALLY, ACT ETHICALLY