# EXHIBIT N



**CONLON, MARY <mconlon@oceansideschools.org>**

## request for vaccine medical exemption

Jane Doe                                                          Thu, Oct 10, 2024 at 1:38 PM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

Hello,

I just wanted to make sure you received my email. You stated I had to get the Vaccine by October 10th.

Sarah Doe has a white count of 17,000 as of yesterday. I will not be getting the vaccine for her by today.

Can you please direct me as to who I can talk to in the district.

Thank you,

Jane Doe

Sent from Yahoo Mail for iPhone

[Quoted text hidden]