# EXHIBIT N-1



CONLON, MARY <mconlon@oceansideschools.org>

**Fwd:** Sarah Doe
1 message

**Attendance, OHS** <ohsattendance@oceansideschools.org>	Thu, Oct 10, 2024 at 9:08 AM
To: OHSNurses <OHSNurses@oceansideschools.org>

---------- Forwarded message ---------
From: Jane Doe
Date: Thu, Oct 10, 2024 at 9:00 AM
Subject: Re: Sarah Doe
To: Attendance, OHS <ohsattendance@oceansideschools.org>

Hello,

She will be back to school tomorrow, I will have her also bring a paper copy.

Have a good day,
Thank you,

Jane Doe

**Matthew S. Cohen, MD, FAAP**
272 West Park Avenue
Long Beach, NY 11561
Telephone: (516) 543-5000
Fax: (516) 543-4180

10/09/2024

RE: Sarah Doe

Please be advised that Sarah Doe was seen in my office on 10/08/2024. Please excuse her absence from school. S. Doe was diagnosed with mono virus and may not return until 24hrs free of fever or high degree symptoms. She is scheduled to be reevaluated on 10/10/2024 before she is cleared to return.

Please contact me with any questions or concerns.

Sincerely,

*Matthew S. Cohen, MD*
Matthew S. Cohen, MD FAAP

Sent from Yahoo Mail for iPhone

On Thursday, October 10, 2024, 7:49 AM, Attendance, OHS <ohsattendance@oceansideschools.org> wrote:

> I'm sorry - I could not open it. Please have Sarah Doe bring a copy to the attendance office when she returns to school.
>
> On Wed, Oct 9, 2024 at 7:08 PM Jane Doe wrote:
>
>> https://outlook.office365.com/Encryption/E4EView.aspx?itemID=E4E_M_ac89510a-6f58-4b1c-99f2-449cacb5d12f
>>
>> Sent from Yahoo Mail for iPhone
>
> --
> Attendance Office
> Oceanside High School
> Phone: (516) 678-8532
> Fax: (516) 678-4757

--
Attendance Office
Oceanside High School
Phone: (516) 678-8532
Fax: (516) 678-4757