# EXHIBIT N-2



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

**Fw:** Sarah Doe
2 messages

Jane Doe                                                                                         Tue, Oct 15, 2024 at 9:12 AM
To: "bmitchell@oceansideschools.org" <bmitchell@oceansideschools.org>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, October 15, 2024, 9:10 AM, Jane Doe wrote:



Sent from Yahoo Mail for iPhone

---

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>                    Tue, Oct 15, 2024 at 1:46 PM
To: KEITH MEKEEL <kmekeel@oceansideschools.org>

Appointment is not until the 28th - Not great, but I think we can let her stay until it is completed given her attendance history.

[Quoted text hidden]

--
Dr. Brendon Mitchell
Principal
Oceanside High School
516-678-7526



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

[Sarah Doe]

---

MITCHELL, BRENDON <bmitchell@oceansideschools.org>    Wed, Oct 16, 2024 at 3:03 PM
To: [Jane Doe]

Hi Ms. [Jane Doe]

Thank you for letting me know - I can give you a call tomorrow to speak more if you'd like. We do need [redacted] to get her final immunization soon as per state regulations. Assuming she gets this taken care of at her next appointment, we will be able to proceed accordingly.

Thank you.

Brendon Mitchell

[Quoted text hidden]
--
Dr. Brendon Mitchell
Principal
Oceanside High School
516-678-7526