# EXHIBIT O



DEROSA, JILL &lt;jderosa@oceansideschools.org&gt;

**Fwd:** Sarah Doe

---

**HARRINGTON, PHYLLIS S** &lt;pharrington@oceansideschools.org&gt;  Fri, Oct 25, 2024 at 4:41 PM
To: Jill DeRosa &lt;jderosa@oceansideschools.org&gt;

Dr. Phyllis S. Harrington
Superintendent
516-678-1215



---------- Forwarded message ----------
From: Jane Doe
Date: Thu, Oct 24, 2024 at 9:48 AM
Subject: Sarah Doe
To: BRENDON MITCHELL &lt;bmitchell@oceansideschools.org&gt;
Cc: pharrington@oceansideschools.org &lt;pharrington@oceansideschools.org&gt;

Good morning Mr. Mitchell,

I hope all is well. Sarah Doe went to another opinion yesterday and they agreed with the allergist not to give her the vaccine yet. They filled out an exemption just until she is reevaluated for this illness.

I also filled out a release so the School doctor can speak to either of them. I emailed it to you but I can send in the original paper copy if that is better. If there's someone else I should send this to please let me know.

Thank you again for your time and consideration. I hope you have a good day.

Sincerely,

Jane Doe



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

---

**Jane Doe**

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>   Fri, Oct 25, 2024 at 3:06 PM
To: Jane Doe

Hi Ms. Jane Doe,

Unfortunately, we are at the point in which I have to exclude Sarah Doe as of Monday, October 28th due to the delay in her immunizations. As I included in the letter sent to you on October 8th (I am including here), if you would like to appeal this further, it would need to go through the New York State Education Department.

As Sarah Doe is past the deadline for the remaining vaccination and not within a window to receive it, I am required by state law to exclude her from school.

My hope is that she will be able to return soon.

Thank you.

Brendon Mitchell

[Quoted text hidden]

📎 Sarah Doe Medical Exemption Letter.pdf
121K

**OCEANSIDE UNION FREE SCHOOL DISTRICT**
145 MERLE AVENUE
OCEANSIDE, NEW YORK 11572
PHONE: (516) 678-1209
FAX: (516) 678-1224

HIPAA Privacy Authorization Form
Required by the Health Insurance Portability and Accountability Act, 45 C.F.R. Parts 160 and 164

**Consent for Verbal Communication with an Individual or Agency**

I, ___Jane Doe___ certify that I am the parent or guardian of
Printed Name of Parent or Guardian

___Sarah Doe___                    _____
Printed Name of Student                 Date of Birth

I consent to having school representatives, including the District physician or other medical professionals deemed appropriate by the District, to speak with the physician/agency named below regarding my child's medical condition. I understand that I have the right to revoke this authorization, in writing, at any time.

Physician/Agency Name: _Victoria Vamos, NP, FNP_

Physician/Agency Telephone Number: _(631) 580-0000_

___Jane Doe___                    _10/24/24_
                                    Date

# OCEANSIDE UNION FREE SCHOOL DISTRICT
## 145 MERLE AVENUE
## OCEANSIDE, NEW YORK 11572
### PHONE: (516) 678-1209
### FAX: (516) 678-1224

**HIPAA Privacy Authorization Form**

Required by the Health Insurance Portability and Accountability Act, 45 C.F.R. Parts 160 and 164

**Consent for Verbal Communication with an Individual or Agency**

I, Jane Doe, certify that I am the parent or guardian of:

Sarah Doe

Print full name of child attending the Oceanside Schools          Date of Birth

I consent to having school representatives, including the District physician, or other medical professionals deemed appropriate by the District, to speak with the physician/agency named below regarding my child's medical condition. I understand that I have the right to revoke this authorization, in writing, at any time.

Physician/Agency Name: Dr. Jonathan Feld MD

Physician/Agency Telephone Number: (516) 889-1110

Signature: Jane Doe          Date: 10/24/24