# EXHIBIT P



CONLON, MARY <mconlon@oceansideschools.org>

## Request for medical exemption for Hep B

**CONLON, MARY** <mconlon@oceansideschools.org>  Mon, Oct 28, 2024 at 10:16 AM
To: Nora Epstein <nepstein@nasboces.org>

Hi Nora,

Attached you will find a request for medical exemption Hep B. This student has already been excluded as this is her second request for such. Her initial request was denied by Dr. Haskoor because it did not meet the criteria for medical exemption. The second request is from a different provider ( an NP at a medical spa in Holbrook). I tried to call this provider myself twice on Friday but it went to voicemail and the mailbox was full.

We do not have any documentation at all on this student that she has any of the diagnoses being listed. The physical she submitted for school is from CityMD.

Please give me a call and I can give you more information.

I know Dr. Haskoor is away. I am not sure if there is someone else covering?

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

📎 Sarah Doe request for medical exemption_0001.pdf
1820K

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

**Immunization Requirements for School Attendance**
**Medical Exemption Statement for Children 0-18 Years of Age**

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Polio (IPV or OPV)
- [x] Varicella (Chickenpox)
- [x] Hepatitis B (Hep B)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Immunodeficiency, Von Willebrands, leukocytes 16,000 + vHgH Elevated CCR ANA, Dermatitis / dermato- [illegible]

Date exemption ends (if applicable): Nov 30, 2023 - Appointment pending

Long Island Medical and Spa
751 Coates Ave Suite 31 Holbrook, NY 11741
631-580-0000

A New York State licensed physician must complete this medical exemption statement and provide their information below.

Name (print): Victoria Vames FNP-BC       NYS Medical License #: 33344[?]
Address: 251 Coates Ave Ste 31, Holbrook NY 11741       Telephone: (631) 580-0000
Signature: [signed]       Date: 10/24/2024

For Institution Use ONLY. Medical Exemption Status: [ ] Accepted  [x] Not Accepted  Date: _____

DOH-5077 (6/16)

**OCEANSIDE UNION FREE SCHOOL DISTRICT**
**145 MERLE AVENUE**
**OCEANSIDE, NEW YORK 11572**
PHONE: (516) 678-1209
FAX: (516) 678-1224

**HIPAA Privacy Authorization Form**
Required by the Health Insurance Portability and Accountability Act, 45 C.F.R. Parts 160 and 164

**Consent for Verbal Communication with an Individual or Agency**

I, [Jane Doe] , certify that I am the parent or guardian of:
Printed Name of Parent or Guardian

[Sarah Doe]                                            [REDACTED]
Print full name of child attending the Oceanside Schools                Date of Birth

I consent to having school representatives, including the District physician or other medical professionals deemed appropriate by the District, to speak with the physician/agency named below regarding my child's medical condition. I understand that I have the right to revoke this authorization in writing, at any time.

Physician/Agency Name: _Victoria Vamos, NP, FNP_

Physician/Agency Telephone Number: _(631) 580-0000_

[Jane Doe]                                            10/24/24
                                                      Date