# EXHIBIT Q



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

**Sarah Doe**

bmitchell@oceansideschools.org <bmitchell@oceansideschools.org>			Tue, Oct 29, 2024 at 4:37 PM
To: Jane Doe
Cc: JILL DEROSA <jderosa@oceansideschools.org>

Hi Ms. Jane Doe

It was nice to speak to you on the phone today and I do hope we can resolve this soon. I also updated Dr. DeRosa on our conversation.

As of now, we need to speak with the PA who completed the most recent exemption request form. Our office has made multiple attempts to call her with no answer or voicemail. Do you have an additional number for her?

Unfortunately, Sarah Doe cannot return to school until either she has the vaccination or I receive different information from our district doctor.

Brendon Mitchell

On Oct 29, 2024, at 3:46 PM, Jane Doe wrote:

Hello,
[Quoted text hidden]