# EXHIBIT R



**DEROSA, JILL <jderosa@oceansideschools.org>**

---

**Sarah Doe**

**Jane Doe**  Wed, Oct 30, 2024 at 5:42 AM
To: BRENDON MITCHELL <bmitchell@oceansideschools.org>, jderosa@oceansideschools.org, "pharrington@oceansideschools.org" <pharrington@oceansideschools.org>

May I please have clarification if Sarah Doe is aloud to go to school.

We honestly tried to get the vaccine. The doctor said her body wouldn't even respond to the vaccine and it would be not work.

Thank you,

Jane Doe

# CityMD
### Part of VillageMD

## Ineligibility for Hep B Vaccine

**Patient:** Sarah Doe
**DOB:**
**Address:**

**Date:** 10/29/2024
**Patient ID:**

To whom it may concern:

Sarah Doe as of visit to CityMD 10/29/24 was ineligible for the Hepatitus B vaccine due to rash and mild fever along with currently in the middle of extensive medical workup.

Thank you for your consideration.

Electronically Signed by ROBIN MACKOFF DO

CityMD Long Beach
904 W Beech Street
Long Beach, NY 11561
Phone:
Fax:



DEROSA, JILL &lt;jderosa@oceansideschools.org&gt;

---

**Sarah Doe**

**DEROSA, JILL** &lt;jderosa@oceansideschools.org&gt;  Wed, Oct 30, 2024 at 6:06 AM
To: Jane Doe
Cc: BRENDON MITCHELL &lt;bmitchell@oceansideschools.org&gt;, "pharrington@oceansideschools.org" &lt;pharrington@oceansideschools.org&gt;

Dear Mrs. Jane Doe

Unfortunately, S. Doe is unable to attend school today. Our district physician must review any doctor's notes. If you would like him to contact this CityMD doctor, please sign the attached HIPAA release form, and we can request that.

Take care,
Jill DeRosa


Learn from yesterday, live for today, hope for tomorrow.
Albert Einstein


Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

[Quoted text hidden]

---

📎 **Student - Consent for Release of Records and Verbal Communication.pdf**
98K



DEROSA, JILL <jderosa@oceansideschools.org>

**Sarah Doe**

**Jane Doe**     Wed, Oct 30, 2024 at 7:12 AM
To: "DEROSA, JILL" <jderosa@oceansideschools.org>
Cc: BRENDON MITCHELL <bmitchell@oceansideschools.org>, "pharrington@oceansideschools.org" <pharrington@oceansideschools.org>

Good Morning Dr. DeRosa,

Thank you for answering me. Yes I will fill out the form. I will give consent to talk to anyone that will help Sarah Doe get back into school.

I still don't understand why Dr. Fields was called yesterday. He was willing and in the office to talk.

So this Doctor works for City MD, I don't even know how to get in touch with her. I will send the form to you asap and try to get a phone number for her. I'm at work and I'm the OR today but I will try to answer any questions if you call me.

Sarah Doe is missing school and it doesn't make sense.

Thank you,

Jane Doe

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**OCEANSIDE UNION FREE SCHOOL DISTRICT - HUMAN RESOURCES DEPARTMENT**
145 MERLE AVENUE - OCEANSIDE, NEW YORK 11572
PHONE: (516) 678-1213/FAX: (516) 678-2145

**Consent for Release of Records and Verbal Communication**

**HIPAA PRIVACY AUTHORIZATION RELEASE FORM**

Student's Name: Sarah Doe        D.O.B.:

### Release of Records/Information to the Oceanside School District

Please forward copies of any evaluations/records to the Oceanside School District.

I consent to having evaluations/records released to the Oceanside School District. I understand that all records will be kept confidential and that access will be limited to specific school personnel and will not be given to any other agency/individual without my written consent. I understand that consent is voluntary and can be reconsidered at any time by contacting the Oceanside School District in writing.

Jane Doe

Parental Relationship        Date: 10/30/2024

### Release of Medical Records/Information to Another Person or Agency

I consent to my medical records being released to the individual or agency named below. I understand my consent is voluntary and can be reconsidered at any time by contacting the Oceanside School District in writing.

Individual/Agency: Dr. Mackoff or any CityMD Employee

Jane Doe

Parental Relationship        Date: 10/30/24

### Consent for Verbal Communication with an Individual or Agency

I consent to having school representatives, including the district physician or other medical professionals deemed appropriate by the district, to speak with the physician/agency named below. I understand that my consent is voluntary and can be reconsidered at any time by contacting the Oceanside School District in writing.

Physician/Agency: Dr. CityMD Dr. Robin Mackoff or any CityMD Employee

Jane Doe

Parental Relationship        Date: 10/30/24



DEROSA, JILL <jderosa@oceansideschools.org>

**Sarah Doe**

Jane Doe  Wed, Oct 30, 2024 at 7:27 AM
To: "DEROSA, JILL" <jderosa@oceansideschools.org>
Cc: BRENDON MITCHELL <bmitchell@oceansideschools.org>, "pharrington@oceansideschools.org" <pharrington@oceansideschools.org>

Please let me know if this is correct.

The phone number to City MD in Long Beach is (516) 272-4353.

Thank you,

Jane Doe