# EXHIBIT S



DEROSA, JILL <jderosa@oceansideschools.org>

**Fwd:** Sarah Doe

---

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>  Wed, Oct 30, 2024 at 4:02 PM
To: Jane Doe
Cc: JILL DEROSA <jderosa@oceansideschools.org>

Hi Ms. Jane Doe

I understand your frustration with the situation, but please know that I continue to follow the recommendations of our district doctor and the regulations of the Department of Health and New York State.

As I have said, the original medical exemption request was denied because it failed to meet the requirements for the exemption. You have the right to appeal this decision to the State Education Department. Further, we have submitted your 2nd request for exemption that was provided to us on Friday to our district doctor for processing and their review. As soon as I receive any new information, I will act accordingly.

Thank you.

Brendon Mitchell

On Wed, Oct 30, 2024 at 2:32 PM Jane Doe wrote:

> Hello,
>
> I was wondering if you were able to come to a decision if Sarah Doe can go to school tomorrow.
>
> I don't know why this is taking so long. It is already 4 days she isn't allowed to go to school.
>
> This is unacceptable you aren't following any rules and not giving me any answers.
>
> Thank you,
>
> Jane Doe
>
> Sent from Yahoo Mail for iPhone
>
> On Wednesday, October 30, 2024, 7:27 AM, Jane Doe wrote:
>
>> Please let me know if this is correct.
>>
>> The phone number to City MD in Long Beach is (516) 272-4353.
>>
>> Thank you,
>>
>> Jane Doe