# EXHIBIT T



DEROSA, JILL <jderosa@oceansideschools.org>

---

DEROSA, JILL <jderosa@oceansideschools.org>  　　　　　　　　　　　　　　Wed, Oct 30, 2024 at 4:33 PM
To: ████████████████████████

Dear Mrs. Cummings,
Dr. Mitchell and I are doing our best to get ████ back into school. We are required to follow the guidance of our district physician and the Department of Health. We will continue to address the concerns.
Take care,
Jill DeRosa


Learn from yesterday, live for today, hope for tomorrow.
**Albert Einstein**


Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

[Quoted text hidden]