# EXHIBIT U



DEROSA, JILL <jderosa@oceansideschools.org>

## Update from 10/31/24
3 messages

---

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>   Thu, Oct 31, 2024 at 12:38 PM
To: Jane Doe
Cc: JILL DEROSA <jderosa@oceansideschools.org>

Hi Ms. Jane Doe

I wanted to provide you with a brief update on our efforts regarding your medical exemption request for Sarah Doe As a reminder, our decisions are guided by the recommendations of the district physician as well as the regulations of the Department of Health and New York State.

Your first request for a medical exemption was denied by our district physician who told us that Sarah Doe did not meet the standards for the exemption. At that time, I informed you that you could appeal this decision to the New York State Education Department.

Your second request for a medical exemption from Nurse Practitioner Victoria Vamos was submitted to us on October 24th. We made three attempts to speak to Ms. Vamos on Friday, October 24th but there was no answer and no voicemail at the number you provided. As such, we could not obtain any new information related to the exemption that had previously been denied.

The most recent request for exemption from CityMd is being reviewed by the district physician. As soon as I hear any information related to Sarah Doe I will act accordingly.

I would continue to advise you of your right to appeal this decision directly to the New York State Education Department. Questions regarding the appeal process can be directed to SED Student Support Services at 518-486-6090 or studentsupportservices@mail.nysed.gov.

Thank you.

--
Dr. Brendon Mitchell
Principal
Oceanside High School
516-678-7526

---

**HARRINGTON, PHYLLIS S** <pharrington@oceansideschools.org>   Thu, Oct 31, 2024 at 2:54 PM
To: Jane Doe
Cc: Jill DeRosa <jderosa@oceansideschools.org>, Brendon Mitchell <bmitchell@oceansideschools.org>

Please know that I am in constant contact with Dr. Mitchell and Dr. DeRosa and have full confidence that they are doing their best to address this situation. We too are eager to have Sarah Doe return to school but at this time we are bound to follow NYS Department of Health guidelines as well as our district physician's directives. Please be reminded of your right to appeal this decision with the NYSED.

Dr. Phyllis S. Harrington
**Superintendent**
**516-678-1215**