# EXHIBIT V



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

## Check-In and Reminders

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>  Thu, Nov 14, 2024 at 9:16 AM
To: Jane Doe
Bcc: jderosa@oceansideschools.org, mconlon@oceansideschools.org

Hi Ms. Jane Doe

I am happy to have Sarah Doe back in school this week. I know that Mr. Mekeel has worked closely over the last week to make sure the transition went smoothly and to address those out-of-school issues that had recently occurred.

As a reminder, Sarah Doe has been approved to attend school on a temporary exemption through February 4th, 2025. As of February 5th, she will need proof of immunization in order to attend. If you believe she needs a further extension, we would need a letter from your physician no later than January 21st, 2025.

Thank you again.

--
Dr. Brendon Mitchell
Principal
Oceanside High School
516-678-7526