# EXHIBIT W



**CONLON, MARY <mconlon@oceansideschools.org>**

## Hep B medical exemption request

CONLON, MARY <mconlon@oceansideschools.org>  Thu, Jan 30, 2025 at 12:33 PM
To: Nora Epstein <nepstein@nasboces.org>

Hi Nora,

Attached please find a request to extend the Hep B medical exemption that Dr. Haskoor granted <u>temporarily</u> back in November.

The mother was instructed that any request for an extension must be received by us no later than 1/21/25.

Despite her missing this deadline, my administration wanted me to submit this for Dr. Haskoor's review.

I also would like to bring to Dr. Haskoor's attention the differences in the signature on this form as compared to the form which was initially submitted (and denied) in September (attached), as well as the slight difference in address. Neither form has the provider's stamp.

I have provided a release form allowing Dr. Haskoor to speak directly with Dr. Field.

Please call me if you have any questions.

Thank you

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

---

**2 attachments**

 Hep B medical exemption request_0001.pdf

 Hep B medical exemption request Sept 2024_0001.pdf



CONLON, MARY <mconlon@oceansideschools.org>

## Hep B medical exemption request

**Haskoor, Antwan I** <AHaskoor@northwell.edu>  Thu, Jan 30, 2025 at 2:29 PM
To: Nora Epstein <nepstein@nasboces.org>, "Fagan, David" <dfagan@northwell.edu>
Cc: "mconlon@oceansideschools.org" <mconlon@oceansideschools.org>

Good afternoon

Attached is a denial to medical exemption for Hepatitis B vaccine for [Sarah Doe]

I did speak with Dr. Field and he was unable to provide any evidence to warrant a contraindication.


Antwan Haskoor, M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

---

**From:** Nora Epstein <nepstein@nasboces.org>
**Sent:** Thursday, January 30, 2025 1:28 PM
**To:** Fagan, David <dfagan@northwell.edu>; Haskoor, Antwan I <AHaskoor@northwell.edu>
**Subject:** [EXTERNAL] Fw: Hep B medical exemption request


Please see the attached request and the email below.



Thank you,

*Nora Epstein,* MSN, RN

Senior Manager I
Nassau BOCES HAS

Phone: 516-396-2255