# EXHIBIT Y



CONLON, MARY <mconlon@oceansideschools.org>

**Sarah Doe**

2 messages

---

**Jane Doe**	Tue, Feb 4, 2025 at 12:52 PM
To: MARY CONLON <mconlon@oceansideschools.org>, JILL DEROSA <jderosa@oceansideschools.org>, BRENDON MITCHELL <bmitchell@oceansideschools.org>

Hello,

Sarah Doe was seen by a doctor because she wasn't feeling well. I just got her results and she has strep. Can she remain in school while she is being treated for this infection?

Please respond today so I will know if I can send her tomorrow. Also what documentation you would need.

Thank you,

Jane Doe

---

**DEROSA, JILL <jderosa@oceansideschools.org>**	Tue, Feb 4, 2025 at 12:58 PM
To: Jane Doe
Cc: MARY CONLON <mconlon@oceansideschools.org>, BRENDON MITCHELL <bmitchell@oceansideschools.org>

Dear Ms. Jane Doe
I am sorry to hear that Sarah Doe is not feeling well. She is not permitted to attend school.
Take care,

Learn from yesterday, live for today, hope for tomorrow.
**Albert Einstein**

Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

[Quoted text hidden]