# EXHIBIT AA



DEROSA, JILL <jderosa@oceansideschools.org>

**Sarah Doe**
2 messages

**Jane Doe**  Thu, Feb 13, 2025 at 3:23 PM
To: JILL DEROSA <jderosa@oceansideschools.org>, BRENDON MITCHELL <bmitchell@oceansideschools.org>

Hello,

As you know Sarah Doe is scheduled to start a new school. She is devastated about leaving Oceanside.
Attached is another Medical Exemption we received confirming once again by another Medical Doctor that Sarah Doe can not get the Hepatitis Vaccine.
Before she starts a new school would this Exemption be accepted so Sarah Doe can stay in Oceanside?

Thank you,

Jane Doe

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

**Immunization Requirements for School Attendance**
**Medical Exemption Statement for Children 0-18 Years of Age**

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

**Instructions:**
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

Anthony Donetelli, M.D.
1-631-603-3770

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside JHS

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm

Please indicate which vaccine(s) the medical exemption is referring to:
- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Pt with persistent hives x 4 months. Blood results show possible infection with Mycoplasma as IgM antibodies have been found. Arrow with doxycycline. Would not immunize at time of active infection. Contraindicated for immunize in pt with illness - acute moderate, severe.

Date exemption ends (if applicable): 5/25

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print): Paul B. Lang, M.D.
Address: One Hollow Lane, Suite 110, New Hyde Park, NY 11042
NYS Medical License #: NY 238911
Telephone: 516-365-8666
Signature: Paul Lang, M.D.
Date: 2/9/25

For Institution Use ONLY: Medical Exemption Status: [ ] Accepted [x] Not Accepted  Date:



DEROSA, JILL <jderosa@oceansideschools.org>

Sarah Doe

DEROSA, JILL <jderosa@oceansideschools.org>　　　　　　　　　　　　　　　Thu, Feb 13, 2025 at 3:31 PM
To: Jane Doe
Cc: BRENDON MITCHELL <bmitchell@oceansideschools.org>

Dear Jane Doe
We are very sad to see S. Doe leave Oceanside. As we discussed, you may utilize the NYS appeal process to consider the exemption.
Take care,

Learn from yesterday, live for today, hope for tomorrow.
**Albert Einstein**

Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

[Quoted text hidden]