# Exhibit BB



DEROSA, JILL <jderosa@oceansideschools.org>

**Sarah Doe**

**Jane Doe**                                                                 Mon, Apr 7, 2025 at 12:17 PM
To: JILL DEROSA <jderosa@oceansideschools.org>

Hello Mrs DeRosa,

I contacted the New York State Education Department, Division of Vaccine.

They told me you have to first review and deny the Medical exemptions, then I can file the appropriate paperwork with them.

They will not accept an exemption review from the parent. The school has to request the review.

The 2 medical exemptions I submitted are new.

Thank you,

Jane Doe

Sent from Yahoo Mail for iPhone

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

## Immunization Requirements for School Attendance
### Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

Instructions:
1. Complete information (name, DOB etc).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: AUTO IMMUNE HYPERSENSITIVITY SYNDROME WITH BLOOD CLOTTING DISORDER AND PREVIOUS SERIOUS REACTION TO HEP B AND MYCOPLASMA INFECTION ALL WITHIN A REASONABLE DEGREE OF MEDICAL CERTAINTY

Date exemption ends (if applicable): 6/30/25

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print): VINCENT GARBITELLI, MD
NYS Medical License #: 134696
Address: 520 FRANKLIN AVE - STE 111
GARDEN CITY, NY 11530
Telephone: 516-294-3332
Signature: Vincent Garbitelli
Date: 2/19/25

For Institution Use ONLY: Medical Exemption Status [ ] Accepted [x] Not Accepted   Date: 4/8/2025

Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director
NYS License # 175230

DOH-5077 (6/16)

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

**Immunization Requirements for School Attendance**
**Medical Exemption Statement for Children 0-18 Years of Age**

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

*Anthony Donatelli M.D.*
*1-631-603-3770*

1. Patient's Name ___ Sarah Doe ___
2. Patient's Date of Birth ___
3. Patient's Address ___
4. Name of Educational Institution ___ Oceanside J.H.S. ___

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: *Pt with persistent hives x 4 months. Blood results show possible infection with Mycoplasma as IgM antibodies have been found. Rx now with doxycycline. Would not immunize until these/that infection. Contraindicated to immunize in pt with "illness - acute moderate severe".*

Date exemption ends (if applicable) ___ 5/25 ___

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print) ___ Paul B. Lang, M.D. ___   NYS Medical License # ___ NY 123911 ___
Address ___ One Hollow Lane, Suite 110, New Hyde Park, NY 11042 ___
Signature ___ Paul Lang MD ___   Telephone ___ 516 365 6666 ___
Date ___ 2/9/25 ___

For Institution Use ONLY: Medical Exemption Status [ ] Accepted  [x] Not Accepted  Date: 4/8/2025

DOH-5077 (6/16)

Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director