# EXHIBIT CC



MITCHELL, BRENDON <bmitchell@oceansideschools.org>

# Consent Form

**MITCHELL, BRENDON** <bmitchell@oceansideschools.org>　　　　　　　　Tue, Apr 8, 2025 at 10:18 AM
To: Jane Doe

Hi Ms. Jane Doe

Could you complete the attached form that would provide our doctor to speak with Dr. Lang and Dr. Garbitelli?

Thank you.

Brendon Mitchell

--
Dr. Brendon Mitchell
Principal
Oceanside High School
516-678-7526

📎 **Parental verbal consent - HIPAA (2).PDF**
28K