# Exhibit DD



CONLON, MARY <mconlon@oceansideschools.org>

---

## Hep B medical exemption request

**CONLON, MARY** <mconlon@oceansideschools.org>  Tue, Apr 8, 2025 at 12:12 PM
To: Nora Epstein <nepstein@nasboces.org>

Hi Nora,

Attached please find two requests for Medical Exemption for Hep B for a student who withdrew from Oceanside High School on 2/10/25 just prior to being excluded. We have also attached release forms giving you permission to speak with these providers.

During this school year they submitted multiple requests from multiple providers (2nd attachment). You granted her one temporary exemption from November to early February, but all other requests were denied.

Please call me for additional information
Thank you

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

---

2 attachments

- Sarah Doe  Hep B medical exemption April 2025_0001.pdf
  2827K

- Sarah Doe  prior Hep B exemption requests_0001.pdf
  4008K



CONLON, MARY <mconlon@oceansideschools.org>

## Hep B medical exemption request

**Haskoor, Antwan I** <AHaskoor@northwell.edu>                         Tue, Apr 8, 2025 at 3:24 PM
To: Nora Epstein <nepstein@nasboces.org>, "Fagan, David" <dfagan@northwell.edu>
Cc: "mconlon@oceansideschools.org" <mconlon@oceansideschools.org>

Good afternoon

Attached is medical exemption denials for Sarah Doe None of the four physicians provided a clear contraindication to receiving the Hepatitis B vaccine .

If the student had severe allergic reaction (e.g., anaphylaxis ) after a previous dose of Hepatitis B vaccine , then I will need to speak with the physician that treat it and provide a medical record of the event .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

---

**From:** Nora Epstein <nepstein@nasboces.org>
**Sent:** Tuesday, April 8, 2025 2:16 PM
**To:** Fagan, David <dfagan@northwell.edu>; Haskoor, Antwan I <AHaskoor@northwell.edu>
**Subject:** [EXTERNAL] Fw: Hep B medical exemption request

Please see that attached and the email below. From what I understand this is a very complex case. Pleases reach out to Nurse Katie with any questions.

Thank you,

*Nora Epstein,* MSN, RN

Senior Manager I
Nassau BOCES HAS

Phone: 516-396-2255

Email: NEpstein@nasboces.org

www.nassauboces.org





**From:** CONLON, MARY <mconlon@oceansideschools.org>
**Sent:** Tuesday, April 8, 2025 12:12 PM
**To:** Nora Epstein <nepstein@nasboces.org>
**Subject:** Hep B medical exemption request

---

EXTERNAL SENDER: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. ~Nassau BOCES Tech Services~

---

[Quoted text hidden]

Disclaimer: This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. Unauthorized use, distribution or reproduction of this email and/or its attachments or embedded files is prohibited. If you have received this transmission in error, please notify your email system administrator and delete the original message. Please note that any views or opinions contained in this email are solely those of the author and do not represent those of Nassau BOCES.
The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.



Scan_0710.pdf
1212K

Case 2:25-cv-02304-GRB-ST    Document 11-31    Filed 05/12/25    Page 5 of 7 PageID #: 874

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

**Immunization Requirements for School Attendance**
**Medical Exemption Statement for Children 0-18 Years of Age**

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

*Anthony Donatelli M.D.*
*1 631 603 3770*

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside [HS]

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Polio (IPV or OPV)
- [ ] Varicella (Chickenpox)
- [x] Hepatitis B (Hep B)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: *Pt with persistent hives x 4 months. Blood results show possible infection with Mycoplasma. IgM antibodies have been found. Pt now on doxycycline. Would not immunize at time of active infection. [Contraindicated to immunize in pt with illness according to medical experts].*

Date exemption ends (if applicable): 5/25

A New York State licensed physician must complete this medical exemption statement and provide their information below.

Name (print): Paul B. Lang, M.D.      NYS Medical License #: NY 1299[?]
Address: One Hollow Lane, Suite 110, New Hyde Park, NY 11042

Telephone: 516 [illegible]
Signature: *Paul Lang, M.D.*      Date: [illegible]/25

For Institution Use ONLY: Medical Exemption Status  [ ] Accepted  [x] Not Accepted  Date: [illegible]/2025

*Antwan Haskoor, M.D., FAAP*
*Nassau BOCES Medical Director*

# Immunization Requirements for School
## Medical Exemption Statement for Children 0-18 Years

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

Instructions:
1. Complete information (name, DOB, etc).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Sarah Doe
2. Patient's Date of Birth: [redacted]
3. Patient's Address: [redacted]
4. Name of Educational Institution: Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Polio (IPV or OPV)
- [ ] Varicella (Chickenpox)
- [X] Hepatitis B (Hep B)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: AUTO IMMUNE HYPERSENSITIVITY SYNDROME WITH BLOOD CLOTTING DISORDER AND PREVIOUS SERIOUS REACTION TO HEP B AND MYCOPLASMA INFECTION ALL WITHIN A REASONABLE DEGREE OF MEDICAL CERTAINTY

Date exemption ends (if applicable): 6/30/25

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print): VINCENT GARBITELLI, MD
NYS Medical License #: 134696
Address: 520 FRANKLIN AVE - STE 111, GARDEN CITY, NY 11530
Telephone: 516-294-3332
Signature: [signature]
Date: 2/19/25

For Institution Use ONLY: Medical Exemption Status: [ ] Accepted  [X] Not Accepted   Date: 4/8/2025
[signature]
Antwan Haskoor, M.D., FAAP
Nassau BOCES - Medical Director
NYS License # 175230

DOH-5077 (6/16)