# EXHIBIT EE



CONLON, MARY <mconlon@oceansideschools.org>

## Review of denial of medical exemption for Hep B vaccine

1 message

**CONLON, MARY** <mconlon@oceansideschools.org> Wed, Apr 9, 2025 at 8:52 AM
To: osas@health.ny.gov

Good morning,

Attached you will find a redacted document containing a student's NYSIIS records as well as multiple requests from various medical providers for a medical exemption for the Hepatitis B vaccine. All of these requests were reviewed by our district doctor and denied. The district doctor stated that none of the physicians provided a clear contraindication to receiving the Hepatitis B vaccine.

Because this family has been disagreeing with our district physician's decision, we are asking for your review of the documents and whether or not you support the district physician's medical opinion.

Thank you

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

---

**[redacted] request for Hep B medical exemption_0001.pdf**
6117K



nysiis
New York State Immunization Information System

*Production Region 7.24*

School Access
find student
manage list
student upload list
check school report
check status
submit school data
submit school query
Chi2
chi2

*organization* **Oceanside High School** • *user* **Mary Conlon** • *role* **School Access**

## Student Information

Print | Print Confidential | Cancel

| Student Name (First - MI - Last) | DOB | Gender | Tracking Schedule |
|---|---|---|---|
| [redacted] | [redacted] | F | |

Comments: 1 of 1 .. ~ Refusal of All Childhood Vaccines

## Reports

Add this Student to a Report List

Please Pick a Report List

## History

| Vaccine Group | Date Administered | Series | Vaccine [Trade Name] | Dose | Reaction |
|---|---|---|---|---|---|
| HepB | 10/01/2019 | 1 of 3 | HepB-Peds | Full | |
| | 11/17/2019 | 2 of 3 | HepB-Peds | Full | |
| Influenza | 09/16/2021 | 1 of 1 | Flu quadrivalent injectable p-free | Full | |
| Mening | 09/16/2021 | 1 of 2 | Meningococcal-MCV4P [Menactra ®] | Full | |
| MMR | 09/07/2019 | 1 of 2 | MMR [MMR II ®] | Full | |
| | 11/13/2019 | 2 of 2 | MMR [MMR II ®] | | |
| Pneumococcal | 02/23/2009 | 1 of 2 | Pneumo-Conjugate 7 [Prevnar 7 ®] | Full | |
| Polio | 09/26/2019 | 1 of 3 | Polio-Inject [IPOL ®] | Full | |
| | 11/10/2019 | 2 of 3 | Polio-Inject [IPOL ®] | Full | |
| | 04/28/2021 | 3 of 3 | Polio-Inject [IPOL ®] | Full | |
| Td/Tdap | 09/23/2019 | 1 of 3 | TdaP > 7 years | Full | |
| | 11/01/2019 | 2 of 3 | TdaP > 7 years | Full | |
| | 04/28/2021 | 3 of 3 | TdaP > 7 years | Full | |
| Varicella | 10/15/2019 | 1 of 2 | Varicella [Varivax ®] | Full | |
| | 11/13/2019 | 2 of 2 | Varicella [Varivax ®] | | |

Current Age: 16 years, 2 months, 29 days

## Vaccines Recommended by Selected Tracking Schedule

| Vaccine Group | Earliest Date | Recommended Date | Overdue Date | Latest Date |
|---|---|---|---|---|
| COVID-19 | 01/09/2014 | 01/09/2014 | **01/09/2014** | |
| DTP/aP | | **Maximum Age Exceeded** | | |
| HepA | 01/09/2010 | 01/09/2010 | **01/09/2011** | |
| HepB | 01/21/2020 | 01/21/2020 | **02/17/2020** | |
| HPV | 01/09/2018 | 01/09/2018 | **02/09/2022** | 01/08/2055 |
| Influenza | 10/14/2021 | 08/01/2024 | **10/16/2022** | |
| Mening | 01/09/2025 | **01/09/2025** | 01/09/2027 | 01/08/2031 |
| MeningB | 01/09/2025 | **01/09/2025** | 01/09/2028 | |
| MMR | | **Complete** | | |
| Pneumococcal | | **Maximum Age Exceeded** | | |
| Polio | | **Complete** | | |
| Td/Tdap | 04/28/2026 | 04/28/2031 | 04/28/2031 | |
| Varicella | | **Complete** | | |

## Blood Lead Test History

| Age Tested | Completed | Age Tested | Completed | Age Tested | Completed |
|---|---|---|---|---|---|
| 1 Year Old* | Yes | 2 Year Old* | Yes | 3-6 Year Old** | No |

Although routine risk assessment based blood lead testing is **not required** for children either less than 6 months of age or those six years and older, health care providers may choose to test children at any age for blood lead based upon their assessment of the child's risk.

* **Required** - New York State Public Health Law and Regulations Require Health Care Providers to test all children at age 1 year and again at age 2 with a blood lead test.

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Instructions:

1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted] Oceanside NY 11572
4. Name of Educational Institution Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- ☐ Haemophilus Influenzae type b (Hib)
- ☐ Polio (IPV or OPV)
- ☒ Hepatitis B (Hep B)
- ☐ Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- ☐ Measles, Mumps, and Rubella (MMR)
- ☐ Varicella (Chickenpox)
- ☐ Pneumococcal Conjugate Vaccine (PCV)
- ☐ Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Pt c̄ Auto immune Rash on entire body ANA elevated, ~~with~~ Attached labs, taking daily Antihistamine Drugs

Date exemption ends (if applicable) Date rash resolves

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) Jonathan Field NYS Medical License # 219010

Address 257 W Park Ave

Telephone 516 889 1110

Signature [signature] Date 9/24/24

For Institution Use ONLY: Medical Exemption Status ☐ Accepted ☑ Not Accepted Date: 9/25/2024

DOH-5077 (3/19)

Antwan Haskoor, M.D. FAAP
Nassau BOCES-Medical Director
NYS License # 175230



**CONLON, MARY <mconlon@oceansideschools.org>**

## Request for Hep B medical exemption

**Haskoor, Antwan I** <AHaskoor@northwell.edu> Thu, Sep 26, 2024 at 9:35 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: Nora Epstein <nepstein@nasboces.org>, "Fagan, David G" <dfagan@northwell.edu>

Reason provide does not meet the criteria for exemption . if the parent and the doctor disagree , I will need a consent to speak with the doctor .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

[Quoted text hidden]

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Optum
257 West Park Avenue
Long Beach, NY 11561
T: 516-493-9975 F: 516-493-9976

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted]
4. Name of Educational Institution Oceanside NY 11572

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: DERMATOGRAPHIA / HIVES - DESPITE MULT MEDICATIONS

Optum 257 W... Avenue Lon... 11561 T: 516-49... -9976

Date exemption ends (if applicable) 2/4/25

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) Michael Richheimer, MD NYS Medical License # 174519
Address 257 West Park Avenue, Long Beach NY 11561
Telephone 516-889-1110
Signature [signature] Date 11-4-24

For Institution Use ONLY: Medical Exemption Status [x] Accepted [ ] Not Accepted Date: until 2/4/25

Michael Richheimer, M.D.
NY Lic. #174519

DOH-5077 (6/16)

[signature]
Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director
NYS License # 175280



CONLON, MARY <mconlon@oceansideschools.org>

## Fwd: [EXTERNAL] Re: A.C.

1 message

**DEROSA, JILL** <jderosa@oceansideschools.org> Tue, Nov 5, 2024 at 3:59 PM
To: Brendon Mitchell <bmitchell@oceansideschools.org>, Mary Katie Conlon <Mconlon@oceansideschools.org>

Learn from yesterday, live for today, hope for tomorrow.
**Albert Einstein**

Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

---------- Forwarded message ---------
From: **Haskoor, Antwan I** <AHaskoor@northwell.edu>
Date: Tue, Nov 5, 2024 at 3:47 PM
Subject: RE: [EXTERNAL] Re: A.C.
To: GOODWIN, DANIELLE <dgoodwin@oceansideschools.org>
CC: Jill DeRosa <jderosa@oceansideschools.org>

Good afternoon

Attached is a temporary medical exemption that expires on 2/4/2025 . The student should not be allowed to attend school on 2/5/25 unless he present a proof of immunization . should the physician request further extension , a letter should provided at least 2 weeks prior to 2/4/25 .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

**From:** GOODWIN, DANIELLE <dgoodwin@oceansideschools.org>
**Sent:** Tuesday, November 5, 2024 3:15 PM
**To:** Haskoor, Antwan I <AHaskoor@northwell.edu>
**Cc:** Jill DeRosa <jderosa@oceansideschools.org>
**Subject:** [EXTERNAL] Re: A.C.

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

**Instructions:**

1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted] Oceanside NY 11572
4. Name of Educational Institution Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Dermatographia/Hives - Despite mult medications

Date exemption ends (if applicable) 5/4/25

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) Jonathan Field NYS Medical License # Z19010

Address 337 [illegible]

Telephone 516-889-1110

Signature [signature] Date 1/28/25

For Institution Use ONLY: Medical Exemption Status [ ] Accepted [x] Not Accepted Date: 1/30/2025

DOH-5077 (6/16)

Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director
NYS License # [illegible]



CONLON, MARY <mconlon@oceansideschools.org>

## Medical Exemption Denial

2 messages

**CONLON, MARY** <mconlon@oceansideschools.org> Fri, Jan 31, 2025 at 7:16 AM
To: BRENDON MITCHELL <bmitchell@oceansideschools.org>, JILL DEROSA <jderosa@oceansideschools.org>

Good morning,

Attached you will find the denial of the request for medical exemption for [redacted]. Dr. Haskoor spoke with Dr. Field who was unable to provide any evidence to warrant a contraindication to the vaccine.

[redacted] needs to submit proof of vaccination or therapeutic titers by 2/4/25, otherwise she needs to be excluded as of 2/5/25.

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

[redacted] **Med Exemption Denial Jan 2025.pdf**
565K

**DEROSA, JILL** <jderosa@oceansideschools.org> Fri, Jan 31, 2025 at 8:55 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: BRENDON MITCHELL <bmitchell@oceansideschools.org>

Thank you
I left a message for [redacted] to call me back

Learn from yesterday, live for today, hope for tomorrow.
**Albert Einstein**

Dr. Jill DeRosa
Assistant Superintendent for Human Resources,
Student Services and Community Activities
Oceanside Schools
Phone: 516-678-1213

[Quoted text hidden]

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

## Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

unable to reach provider via phone mult. attempts - phone disconnected

Instructions:

1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person reque[sting form.]

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted]
4. Name of Educational Institution Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- ☐ Haemophilus Influenzae type b (Hib)
- ☐ Polio (IPV or OPV)
- ☒ Hepatitis B (Hep B)
- ☐ Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- ☐ Measles, Mumps, and Rubella (MMR)
- ☐ Varicella (Chickenpox)
- ☐ Pneumococcal Conjugate Vaccine (PCV)
- ☐ Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Immunodeficiency, Von Willebrands, leukocytosis 716,000 + ↓ H&H, Elevated CRP, ANA, Dermatitis / dermatographia

Long Island Medical and Spa
751 Coates Ave Suite 31 Holbrook, NY 11741
631 580-0000

Date exemption ends (if applicable) Nov 30, 2023 - Appointment pending

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) Victoria Vamos FNP-BC NYS Medical License # 333441

Address 751 Coates Ave Ste 31, Holbrook NY 11741 Telephone 6315800000

Signature [signature] Date 10/24/2024

For Institution Use ONLY: Medical Exemption Status ☐ Accepted ☐ Not Accepted Date:

DOH-5077 (6/16)

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE

Anthony Donatelli M.D.
1·631·603 3770

Instructions:
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted]
4. Name of Educational Institution Oceanside JH.S

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: Pt with persistent [illegible] x 4 months Blood results show possible infection with Mycoplasma as IgM antibodies have been found. Pt now with doxycycline. Would not immunize pt there [illegible] infection. Contraindicated to immunize in pt with "illness-acute moderate severe".

Date exemption ends (if applicable) 5/25

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) Paul B. Lang, M.D. NYS Medical License # NY 123911

Address One Hollow Lane, Suite 110 New Hyde Park, NY 11042

Telephone 516 365 6666

Signature [signature] Date 2/9/25

For Institution Use ONLY: Medical Exemption Status [ ] Accepted [x] Not Accepted Date: 4/8/2025

[signature]

Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director

DOH-5077 (6/16)

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

Instructions:

1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name [redacted]
2. Patient's Date of Birth [redacted]
3. Patient's Address [redacted] Oceanside NY 11572
4. Name of Educational Institution Oceanside High School

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: AUTO IMMUNE HYPERSENSITIVITY SYNDROME WITH BLOOD CLOTTING DISORDER AND PREVIOUS SERIOUS REACTION TO HEP B AND MYCOPLASMA INFECTION ALL WITHIN A REASONABLE DEGREE OF MEDICAL CERTAINTY

Date exemption ends (if applicable) 6/30/25

*A New York State licensed physician must complete this medical exemption statement and provide their information below:*

Name (print) VINCENT GARBITELLI, MD NYS Medical License # 134696

Address 520 FRANKLIN AVE - STE 111 GARDEN CITY, NY 11530 Telephone 516-294-3332

Signature [signature] Date 2/19/25

For Institution Use ONLY: Medical Exemption Status [ ] Accepted [x] Not Accepted Date: 4/8/2025

[signature]
Antwan Haskoor, M.D, FAAP
Nassau BOCES-Medical Director
NYS License # 175230

DOH-5077 (6/16)



CONLON, MARY <mconlon@oceansideschools.org>

## Hep B medical exemption request

**Haskoor, Antwan I** <AHaskoor@northwell.edu> Tue, Apr 8, 2025 at 3:24 PM
To: Nora Epstein <nepstein@nasboces.org>, "Fagan, David" <dfagan@northwell.edu>
Cc: "mconlon@oceansideschools.org" <mconlon@oceansideschools.org>

Good afternoon

Attached is medical exemption denials for [redacted]. None of the four physicians provided a clear contraindication to receiving the Hepatitis B vaccine .

If the student had severe allergic reaction (e.g., anaphylaxis ) after a previous dose of Hepatitis B vaccine , then I will need to speak with the physician that treat it and provide a medical record of the event .

Antwan Haskoor ,M.D, FAAP.

Pediatric Ambulatory Administration

Cohen's Children Medical Center

Nassau BOCES Medical Director

Cell # 917-370-8517

Email : ahaskoor@northwell.edu

---

**From:** Nora Epstein <nepstein@nasboces.org>
**Sent:** Tuesday, April 8, 2025 2:16 PM
**To:** Fagan, David <dfagan@northwell.edu>; Haskoor, Antwan I <AHaskoor@northwell.edu>
**Subject:** [EXTERNAL] Fw: Hep B medical exemption request

---

Please see that attached and the email below. From what I understand this is a very complex case. Pleases reach out to Nurse Katie with any questions.

**Thank you,**

*Nora Epstein, MSN, RN*

Senior Manager I
Nassau BOCES HAS



**CONLON, MARY <mconlon@oceansideschools.org>**

# follow-up to prior email for review of Hep B Medical exemption denial

3 messages

**CONLON, MARY** <mconlon@oceansideschools.org> Wed, Apr 9, 2025 at 9:07 AM
To: osas@health.ny.gov

Hello,

Follow-up to my previous email sent a short while ago requesting a review of the denial of the request for medical exemption for Hepatitis B vaccine.

This student has already been excluded in February of this year. They are now requesting re-enrollment. The district physician denied the most recent request for exemption. Since this student has already been excluded, do we have to allow them to re-enroll?

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

**doh.sm.OSAS** <osas@health.ny.gov> Wed, Apr 9, 2025 at 10:25 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

When they were excluded, did they officially unenroll to home school or go to a different district?

**Rachel, RN** *(she/her)*

Public Health Program Nurse, Division of Vaccine Excellence

**Department of Health**

Corning Tower, Empire State Plaza, Albany, NY 12237

o: (518) 473-4437 | f: (518) 474-0452 osas@health.ny.gov

https://www.health.ny.gov/prevention/immunization/schools/

---

**From:** CONLON, MARY <mconlon@oceansideschools.org>
**Sent:** Wednesday, April 9, 2025 9:07 AM
**To:** doh.sm.OSAS <osas@health.ny.gov>
**Subject:** follow-up to prior email for review of Hep B Medical exemption denial

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

[Quoted text hidden]

---

**CONLON, MARY** <mconlon@oceansideschools.org> Wed, Apr 9, 2025 at 10:31 AM
To: "doh.sm.OSAS" <osas@health.ny.gov>

They un-enrolled and stated they were going to Long Beach High School, but it is my understanding that she has been homeschooled since she was un-enrolled.

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

[Quoted text hidden]

CONLON, MARY <mconlon@oceansideschools.org>

# follow-up

**CONLON, MARY** <mconlon@oceansideschools.org> Fri, Apr 11, 2025 at 12:53 PM
To: "doh.sm.OSAS" <osas@health.ny.gov>

Hello,

I sent an email earlier this week requesting a review of denial of multiple medical exemptions requests for the Hep B vaccine for a student who was excluded in February. Technically, the family withdrew her before the district could exclude her, but she is now looking to re-enroll.

This family has not followed the proper appeal process. They have submitted multiple requests for exemption from multiple providers, one of which appears to have an office that is permanently closed. All of these requests have been reviewed and denied by our district physician. Our district physician spoke with many of these physicians, none of which could provide a clear contraindication to receiving the Hepatitis B vaccine.

We redacted the documents and sent them to you for review in anticipation of the family continuing to fight the exclusion.

Given this situation and that the student has already been excluded, are we required to allow this student to re-enroll while we await your review? And when can we expect to hear your response?

I appreciate any information you can provide.
Thank you

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**



CONLON, MARY <mconlon@oceansideschools.org>

## follow-up

**doh.sm.OSAS** <osas@health.ny.gov> Fri, Apr 11, 2025 at 1:02 PM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: StudentSupportServices <studentsupportservices@nysed.gov>

Hi Mary,

The medical exemption is still under review with our medical director. In the meantime, I have cc'd the NYS Education Department, Student Support Services to assist with your question on medical exemption denials and exclusion.

Sending a medical exemption to be reviewed by our bureau is **optional,** and our response to the medical exemption is only a **recommendation** on approval or denial. It is up to the school whether they want to accept or deny a medical exemption.

NYSED can help you with your question on whether the student should be allowed back in school after your school rejected the medical exemption.

We will get back to you as soon as our medical director reviews the exemption.

Jen

**Jennifer W., BSN, RN** *(she/her)*

Public Health Program Nurse, Bureau of School Immunizations
Division of Vaccine Excellence

**Department of Health**

Corning Tower, Empire State Plaza, Albany, NY 12237

o: (518) 473-4437 | f: (518) 474-5500 osas@health.ny.gov

https://www.health.ny.gov/prevention/immunization/schools/

---

**From:** CONLON, MARY <mconlon@oceansideschools.org>
**Sent:** Friday, April 11, 2025 12:53 PM

**To:** doh.sm.OSAS <osas@health.ny.gov>
**Subject:** follow-up

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

[Quoted text hidden]



**CONLON, MARY <mconlon@oceansideschools.org>**

## follow-up

**CONLON, MARY** <mconlon@oceansideschools.org> Fri, Apr 11, 2025 at 1:06 PM
To: "doh.sm.OSAS" <osas@health.ny.gov>
Cc: StudentSupportServices <studentsupportservices@nysed.gov>

Thank you so much

**Katie Conlon, MSN, RN, NCSN**
**Oceanside High School - Nurse**
**(516)678-7550**

[Quoted text hidden]