# Exhibit FF



**CONLON, MARY <mconlon@oceansideschools.org>**

## follow-up

**doh.sm.OSAS** <osas@health.ny.gov>  Mon, Apr 14, 2025 at 10:42 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>

Hi Katie,

I was just wondering if you received a response from Student Support Services re: excluding a student you denied a medical exemption for?

Thank you,

Jennifer

[Quoted text hidden]



CONLON, MARY <mconlon@oceansideschools.org>

## follow-up

**CONLON, MARY** <mconlon@oceansideschools.org>  Mon, Apr 14, 2025 at 4:53 PM
To: "doh.sm.OSAS" <osas@health.ny.gov>

No, I have not heard anything

[Quoted text hidden]



CONLON, MARY <mconlon@oceansideschools.org>

## follow-up

**doh.sm.OSAS** <osas@health.ny.gov>      Tue, Apr 15, 2025 at 8:15 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: StudentSupportServices <studentsupportservices@nysed.gov>

Good morning,

I am just looking for confirmation that this question re: excluding a student whose medical exemption has been denied, has been answered. Please let me know if additional follow up is needed.

Thank you,

Jen


**Jennifer W., BSN, RN** *(she/her)*

Public Health Program Nurse, Bureau of School Immunizations
Division of Vaccine Excellence


**Department of Health**

Corning Tower, Empire State Plaza, Albany, NY 12237

o: (518) 473-4437 | f: (518) 474-5500   osas@health.ny.gov

https://www.health.ny.gov/prevention/immunization/schools/


**From:** CONLON, MARY <mconlon@oceansideschools.org>
**Sent:** Friday, April 11, 2025 1:07 PM
**To:** doh.sm.OSAS <osas@health.ny.gov>
**Cc:** StudentSupportServices <studentsupportservices@nysed.gov>
**Subject:** Re: follow-up

[Quoted text hidden]



CONLON, MARY <mconlon@oceansideschools.org>

---

## follow-up

**CONLON, MARY** <mconlon@oceansideschools.org>  Tue, Apr 15, 2025 at 8:25 AM
To: "doh.sm.OSAS" <osas@health.ny.gov>
Cc: StudentSupportServices <studentsupportservices@nysed.gov>

Good morning,

We have not received any guidance from the state health department or the state education department on this matter.

This student was excluded back in February and is looking to re-enroll with a new medical exemption. We did ask our medical director to review the new exemption, which he did and denied.

We are looking for guidance on two things:

1. A we required to allow her to re-enroll since she has already been excluded?

2. We would like the state to review the medical exemptions and offer their opinion in anticipation of the family fighting this.

Our medical director spoke with almost all of these doctors who wrote the requests for exemption and none of them provided a valid reason for exemption. One of the providers appears to have a permanently closed office and another provider's phone was disconnected.

Thank you

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

[Quoted text hidden]

4/22/25, 8:19 AM
Case 2:25-cv-02304-GRB-ST    Document 11-33    Filed 05/12/25    Page 6 of 8 PageID #: 901
Oceanside School Mail - follow-up



CONLON, MARY <mconlon@oceansideschools.org>

## follow-up

**doh.sm.OSAS** <osas@health.ny.gov>  Tue, Apr 15, 2025 at 8:35 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: StudentSupportServices <studentsupportservices@nysed.gov>

Thank you, Katie. The medical exemption is still under review with our medical director here at the health department.

Please wait for guidance from NYSED on re-enrolling the student whose medical exemption has been denied.

We hope to have a response from the medical director within the next few days.

[Quoted text hidden]



CONLON, MARY <mconlon@oceansideschools.org>

# follow-up

**StudentSupportServices** <StudentSupportServices@nysed.gov>  Tue, Apr 15, 2025 at 9:20 AM
To: "CONLON, MARY" <mconlon@oceansideschools.org>
Cc: "doh.sm.OSAS" <osas@health.ny.gov>

Thank you for contacting the New York State Education Department. Your question has been referred to the Office of Student Support Services for response as we oversee school health.

For a student to be enrolled in school they must be in compliance with public health law §2164. Since this student is currently not in compliance and the parent was made aware that the student's medical exemption was denied prior to withdrawing the student; the student would remain excluded even if reenrolling until they come into compliance, are granted a stay by NYSED as part of their 310-appeal filing or win the 310 appeal.

The school should send the letter of exemption and state the student was excluded on XXXX, XX, 2025, along with the reason for denial and the parent right to appeal. See **Immunization Guidelines for Schools** pages 9-10.

Schools should have policies in place regarding notifying Child Protective Services (CPS) if the student is of compulsory school age and has been excluded more than 14 days, if the parent refuses to allow the local department of health or another appropriate health practitioner to immunize their child, and no actions steps are reported by the parent/guardian for pursuing other education options, such as homeschooling.

*Ann Lanoue*

Associate in School Nursing

Office of Student Support Services

NYS Education Department

89 Washington Avenue

Albany, New York, 12234

Tel: 518-486-6090

[Quoted text hidden]

Confidentiality Notice

This email including all attachments is confidential and intended solely for the use of the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.



CONLON, MARY <mconlon@oceansideschools.org>

## follow-up

**CONLON, MARY** <mconlon@oceansideschools.org>　　　　　　　　　　　Tue, Apr 15, 2025 at 10:17 AM
To: StudentSupportServices <StudentSupportServices@nysed.gov>
Cc: "doh.sm.OSAS" <osas@health.ny.gov>

Thank you. I will pass this information along to my administration.

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

[Quoted text hidden]