# EXHIBIT GG



DEROSA, JILL <jderosa@oceansideschools.org>

## NYSDOH medical exemption review

**CONLON, MARY** <mconlon@oceansideschools.org>  Tue, Apr 22, 2025 at 12:12 PM
To: JILL DEROSA <jderosa@oceansideschools.org>, BRENDON MITCHELL <bmitchell@oceansideschools.org>

I just received the attached email

Katie Conlon, MSN, RN, NCSN
Oceanside High School - Nurse
(516)678-7550

📄 NYSDOH medical exemption review.pdf
144K



KATHY HOCHUL
Governor

JAMES V. McDONALD, MD, MPH
Commissioner

JOHANNE E. MORNE, MS
Executive Deputy Commissioner

April 10, 2025

Katie Conlon
Oceanside High School
3160 Skillman Avenue
Oceanside, NY 11572

Re: Medical Exemption Request:

Dear Katie Conlon:

The New York State Department of Health (NYSDOH) has reviewed the documentation submitted by Drs. Jonathan Field, Michael Richheimer, Paul Lang, and Vincent Garbitelli with regards to the medical exemption request for the student in your school with a birth date of ▮▮▮▮. Based on the information provided, according to Centers for Disease Control and Prevention's Advisory Committee on Immunization Practices, autoimmune rashes, dermatographia, VonWillebrand's Disease, immunodeficiency, possible mycoplasma infection are not contraindications or precautions to Hep B.

For more information on contraindications and precautions to vaccination please see the Advisory Committee on Immunization Practices' *General Best Practice Guidelines for Immunization: Contraindications and Precautions* online at https://www.cdc.gov/vaccines/hcp/acip-recs/general-recs/contraindications.html.

When a school does not grant a medical exemption, there are two options for appeal or further evaluation. Parents may request an appeal within 30 days from receipt of the school district's written denial of a medical exemption by sending a 310 appeal to the Commissioner of Education. Information about the State Education Department (SED) appeal process is available at http://www.counsel.nysed.gov/appeals; for further questions regarding the appeal process contact SED Student Support Services 518-486-6090 or studentsuppportservices@mail.nysed.gov. Additionally, medical providers may request a Clinical Immunization Safety Assessment (CISA) consultation by submitting information to CISAeval@cdc.gov to request a case evaluation.

Lastly, it should be noted that in making a determination on a medical exemption request, the school should seek the appropriate medical consultation (e.g., the school's medical director). The school may also request, as it has here, a recommendation from the NYSDOH. However, after the appropriate consultation has occurred, "the principal or person in charge of a school" is responsible for making the final determination.

Sincerely,

Medical Director
Division of Vaccine Excellence
New York State Department of Health
(518) 473-4437 | OSAS@health.ny.gov