FILED
CLERK

5/19/2025 3:36 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE, individually and on behalf of her
minor child, SARAH DOE,

                              Plaintiffs,

                -against-

OCEANSIDE UNION FREE SCHOOL DISTRICT,
DR. PHYLLIS S. HARRINGTON, in her official
capacity as Superintendent of Schools, and DR.
ANTHONY DONATELLI, in his official capacity
as School District Physician,

                            Defendants.
-------------------------------------------------------------------X

**MEMORANDUM & ORDER**
25-CV-2304 (GRB)(ST)

**GARY R. BROWN, United States District Judge:**

       Before this Court is an application by plaintiffs Jane Doe and Sarah Doe for a temporary restraining order and preliminary injunction against defendants Oceanside Union Free School District ("the District"), Dr. Phyllis S. Harrington, and Dr. Anthony Donatelli. *See* Docket Entry ("DE") 7-1. Plaintiffs allege that defendants have violated Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and the New York State Human Rights Law by refusing to grant Sarah Doe an exemption from the requirement that she receive a third booster dose of the Hepatitis B vaccine. *Id.* at 12. Plaintiffs argue that Sarah Doe will suffer irreparable harm in the form of stymied academic progress and continued psychological distress absent immediate injunctive relief. *Id.* at 22.

      Upon review, the Court denies plaintiffs' request for a temporary restraining order and preliminary injunction. Plaintiffs' delay in filing the motion undermines their claims concerning irreparable harm. "An unreasonable delay in seeking a preliminary injunction may preclude a finding of irreparable harm because the failure to act sooner undercuts the sense of urgency that ordinarily accompanies a motion for preliminary relief." *Garland v. New York City Fire Dep't*,

1

574 F. Supp. 3d 120, 132 (E.D.N.Y. 2021); *see Tough Traveler, Ltd. v. Outbound Prods.*, 60 F.3d 964, 968 (2d Cir. 1995) ("[A]ny such presumption of irreparable harm is inoperative if the plaintiff has delayed either in bringing suit or in moving for preliminary injunctive relief."). Here, Sarah Doe submitted a medical exemption request on September 25, 2024, served a notice of claim on the District on October 31, 2024, and was excluded from the District on February 5, 2024.  DE 12 at 16.  Depending on when the delay is calculated, plaintiffs waited between 10 weeks and seven months before filing this motion, which belies their claims of irreparable harm. *See Garland*, 574 F. Supp. 3d at 133 (holding that plaintiffs' delay of one month in seeking injunctive relief cast doubt on their claims of irreparable harm).

Accordingly, the Court denies plaintiffs' motion for a temporary restraining order and preliminary injunction.

**SO ORDERED**.

Dated: May 19, 2025
Central Islip, New York

/s/ Gary R. Brown
GARY R. BROWN
United States District Judge