# THE GIBSON LAW FIRM, PLLC

Sujata S. Gibson, Esq.
120 E Buffalo Street, Suite 2
Ithaca, New York 14850

---

June 12, 2025

**VIA ECF**
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Doe v. Oceanside Union Free School District, et al.* 2:25-cv-02304 (GRB) (ST)

Dear Judge Brown:

    Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs timely filed and served a First Amended Complaint as of right today (ECF No. 16). Because Defendants' pre-motion letter (ECF No. 13) sought permission to move against the original complaint, which has now been superseded, we understand that request to be moot.

    Under Rule 15(a)(3), Defendants now have 14 days from service of the amended complaint to answer or otherwise respond, and may file a new pre-motion letter if they choose to challenge the superseding pleading.

    We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          /s/ *Sujata S. Gibson*

                                          Sujata Gibson, Esq.

CC:    All counsel via ECF