| | |
|---|---|
| UNITED STATES DISTRICT COURT | Courtroom 940 |
| EASTERN DISTRICT OF NEW YORK | DATE: 8/12/2025 TIME: 1 hr. 30 min |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Pre-Motion Conference
25cv 2304 Doe v. Oceanside Union Free School District et al

APPEARANCES: Plaintiff: **Sujata Sidhu Gibson, Chad A. Davenport**

Defendant: **Chelsea Ella Weisbord, Danielle Lauren Jacobs**

FTR:
Court Reporter: Denise Parisi   (Please contact directly to order the transcript https://www.nyed.uscourts.gov/transcript-information )

**Motion for:   Preliminary Injunction**
**Movant:        Plaintiff**

Case called.

☒ Counsel for all sides present.

☐ Pre-motion conference held.
  ☐ Parties to meet and confer and submit a schedule within 2 weeks.
  ☐ Motion Schedule set.   Motion served by:
  Response served by:
  Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒ Motion argued.

☐ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, the court grants the Injunction.

Plaintiff is permitted attendance for 1 school year.  (The clerk's office is directed to terminate DE 29, 30, 31 and 37 pursuant to this ruling)

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*