# EXHIBIT B

| | |
|---|---|
| From: | HARRINGTON, PHYLLIS S |
| To: | Jack Feldman; Chelsea Weisbord |
| Subject: | Fwd: URGENT LEGAL UPDATE: Federal Courts Clarify School Obligations for Medical Exemptions |
| Date: | Tuesday, September 2, 2025 7:49:29 AM |
| Attachments: | CHD Letter to NYS Boards of Education (2) (3).pdf |
| | Memorandum Immunizaton Requirements 8-20-2025 (4).pdf |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

---------- Forwarded message ---------
From: **Chad Davenport** <cdavenport@davenport.law>
Date: Mon, Sep 1, 2025 at 8:41 PM
Subject: URGENT LEGAL UPDATE: Federal Courts Clarify School Obligations for Medical Exemptions
To: pharrington@oceansideschools.org <pharrington@oceansideschools.org>
CC: Sujata Gibson <sujata@gibsonfirm.law>

Dear Superintendents and Members of the Board of Education,

We are writing to you today as counsel for the family in the recent federal case *Doe v. Oceanside* and on behalf of Children's Health Defense to provide an urgent update regarding a school district's legal obligations for medical exemptions.

Legal guidance currently being circulated to school districts, including a recent memorandum from Ingerman Smith, LLP, misrepresents recent binding federal court decisions. Acting on this flawed advice exposes districts to significant and avoidable legal and financial risk.

To correct the record, please find the attached letter which clarifies the current legal standard and a district's limited, administrative role in the exemption process.

We urge you to review this information immediately with your legal counsel to ensure your district's policies are in compliance with the law.

Sincerely,

Children's Health Defense

Sujata S. Gibson, Esq.
Gibson Law Firm, PLLC
Counsel for Plaintiff in *Doe v. Oceanside UFSD*

Chad A. Davenport, Esq.
Davenport Law PLLC
Counsel for Plaintiff in Doe v. *Oceanside UFSD*


--
Chad A. Davenport
Davenport Law PLLC
Phone: (716) 217-0328
www.davenport.law