# EXHIBIT C

| | |
|---|---|
| **From:** | Chad Davenport |
| **To:** | pharrington@oceansideschools.org; bmitchell@oceansideschools.org; kcarbonetti@oceansideschools.org; jgallagher@lbeach.org; jmcmahon@lbeach.org |
| **Cc:** | Mlibrizzi@oceansideschools.org; Chelsea Weisbord; Danielle Jacobs |
| **Subject:** | Legal Correspondence Regarding the 11th Grade Placement of Sarah Doe |
| **Date:** | Monday, September 15, 2025 10:31:23 AM |
| **Attachments:** | 2025-9-15 - SG and CAD to Oceanside and Long Beach.pdf |

Dear Superintendents, Administrators, and Directors of Guidance,

Please find the attached letter from our firms, Gibson Law Firm, PLLC, and Davenport Law PLLC, regarding the academic placement of our client, Jane Doe Sarah Doe.

We are sending this correspondence in advance of planned discussions today, September 15, 2025, to provide important context for your deliberations.

The letter details our client's position, outlines critical extenuating circumstances that require accommodation, and proposes a constructive path forward to ensure Sarah Doe educational stability.

We trust you will give this important matter your immediate attention. We look forward to a swift and positive resolution.

Sincerely,

Chad

--
Chad A. Davenport
Davenport Law PLLC
Phone: (716) 217-0328
www.davenport.law

# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St., Suite 2
Ithaca, New York 14850

---

September 15, 2025

**Via Email**

Dr. Phyllis S. Harrington
Superintendent of Schools
Oceanside Union Free School District
145 Merle Avenue
Oceanside, NY 11572
pharrington@oceansideschools.org

Dr. Brendan Mitchell
High School Principal
Oceanside High School
bmitchell@oceansideschools.org

Kevin Carbonetti
Associate Principal and Director of Guidance
Oceanside High School
kcarbonetti@oceansideschools.org

Dr. Jennifer Gallagher
Superintendent of Schools
Long Beach School District
234 Lido Boulevard
Long Beach, New York 11561
jgallagher@lbeach.org

Jackie McMahan
Coordinator of Guidance K-12
Long Beach School District
jmcmahon@lbeach.org

    Re:    **In Support of the 11th Grade Placement of** [Sarah Doe]

Dear Superintendent and Directors of Guidance:

    Please be advised that our firms, Gibson Law Firm, PLLC, and Davenport Law PLLC, jointly represent [Jane] and [Sarah Doe] regarding her educational rights.

We write to you in advance of planned discussions on Monday, September 15 to ensure that Sarah will remain in her eleventh grade classes pending a full opportunity to address and follow up on her records for last year and any accommodations that need to be made. We understand that Oceanside leadership is meeting to discuss Sarah's placement, and we are encouraged that Long Beach leadership has taken a direct and personal interest in this case as well. We understand that Long Beach Coordinator of Guidance Jaclyn McMahon plans to contact her counterpart in Oceanside to help resolve the outstanding record-transfer issues. The level of engagement from both districts is appreciated, as this is a serious matter.

### I.   The Core Issue: Recognizing Completed Course Work

Our understanding is that the central issue is an administrative stalemate over which district is responsible for documenting Sarah's successfully completed homeschool credits for the third and fourth quarters of 10th grade. This is an administrative impasse that requires immediate action from Long Beach to formally recognize the completed coursework and cooperation from Oceanside to accept this documentation to finalize Sarah's record.

While we recognize the complexities of the mid-year district transfer, followed by homeschool placement, any schedule change or demotion based on this administrative confusion would be detrimental and unacceptable. Sarah completed the required coursework for tenth grade successfully, and that achievement must be formally recognized. This is an administrative problem for the districts to solve; it cannot be used as a basis to punish a student, particularly one who has been through so much.

### II.   Critical Extenuating Circumstances

We recognize that Sarah's academic record from the 2024-2025 school year is complex. However, it is vital to view this record through the lens of the significant challenges she has faced, including her medical condition and issues associated with what a federal court found was likely a wrongful denial of her request for accommodation in *Doe v. Oceanside*, Civil No. 2:25-CV-02304-GRB-ST, ECF Doc. 49 (E.D.N.Y. Aug. 12, 2025) (this action was filed under pseudonym on consent and we trust you will keep her information private). Per the Americans with Disabilities Act (ADA), Oceanside School District was required to accommodate Sarah's disability needs and failed to do so.

Sarah's academic struggles last year were largely induced by her repeated wrongful exclusion and/or threatened exclusion from school—an action that a judge has already ruled against the district for. During the first quarter last year, she was wrongfully removed from school during an exam and finals period, which she was not allowed to make up when she was allowed to return. She then began to do her best during the second semester, only to be unlawfully excluded again and forced to leave midway through on February 4, 2025. Sarah became deeply depressed as a result of this treatment. Her family moved back to Longbeach so she could attend school, only to be told a month later that she would likely be unlawfully denied medical accommodation at Long Beach as well, prompting her to withdraw and homeschool. Though she suffered from serious depression and anxiety caused by the denial of her medical needs, Sarah still managed to

successfully complete her homeschool program and finish the tenth grade. Sarah has made a remarkable turnaround despite all of the unlawful obstacles placed in her path and is now excited and engaged to be back in Oceanside as a result of a federal court order. We must stress that the threat of now being forced to repeat 10th grade poses a significant risk to her fragile mental health and academic progress. The prospect of being moved back has taken a substantial emotional toll, and she feels a profound unwillingness to continue her education should she be demoted. Forcing this change risks a severe regression in her mental health, returning her to the depressed state from which she has fought so hard to recover.

### III.     Proposed Path Forward

We strongly endorse keeping Sarah in her 11th-grade classes, as any disruption would derail the positive momentum she has built, and create further damages to a young woman who has already been harmed by the failure of both school districts to accommodate her disaibilties. We believe a solution can be crafted that upholds academic standards while providing the grace this situation warrants. To that end, we suggest you consider the following options:

- **Issuing a "Pass" Grade:** We propose Long Beach issue a transcript with a "P" for Pass for the homeschooled quarters, a common practice for such situations, and that Oceanside accept this transcript to finalize her 10th-grade record.

- **Averaging for a Passing Grade:** Our position is that a "satisfactory" grade is equivalent to a numeric grade in the 80-85 range. Even with failing grades in Q1/Q2 (many of which schools floor at 55), averaging the full year should result in a passing final grade.

- **Targeted Credit Recovery:** If specific credit deficiencies remain, Sarah is willing to undertake a credit recovery plan through online classes, night school, and/or summer school, all while remaining an 11th-grade student.

Ultimately, ensuring Sarah remains on track academically is a goal that benefits everyone. We are confident that by working together, you can find a creative and compassionate solution.

Thank you again for your careful consideration. We are hopeful that your discussions will produce a constructive outcome for Sarah .

Sincerely,
/s/ Sujata Gibson
Sujata S. Gibson, Esq.

/s/Chad A. Davenport
Chad A. Davenport, Esq.

CC:    Megan Librizzi, Oceanside Guidance Counselor (Mlibrizzi@oceansideschools.org)

        Chelsea Weisbord, Legal Counsel for Oceanside (cweisbord@sokoloffstern.com)

        Danielle Jacobs, Legal Counsel for Oceanside (djacobs@sokoloffstern.com)