

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747


Lisa M. Griffith
Shareholder
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

December 16, 2025

**VIA ECF**
Hon. Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Jane Doe et al. v. Oceanside Union Free School District et al.*
    Case No. 2:25-cv-2304 (GRB) (ST)

Dear Judge Brown:

We represent Defendant Antwan Haskoor, M.D. ("Dr. Haskoor") in the above-referenced action. We write jointly with all parties to respectfully request a remote conference to further discuss and receive clarification on Your Honor's Docket Entry Scheduling Order, dated December 2, 2025.

Your Honor's Scheduling Order notes that "[t]he parties are on notice that the Court reserves the right to convert defendants' motions to dismiss under Fed. R. Civ. P. 12 into motions for summary judgment under Fed. R. Civ. P. 56," and that "the parties shall submit additional factual material and/or arguments." Respectfully, it is unclear, based on Your Honor's Scheduling Order, whether Defendants should be filing motions to dismiss or motions for summary judgment. Defendants are hesitant to commit to filing summary judgment motions at this stage of the litigation given that no discovery has taken place. On the other hand, counsel for Plaintiff indicated that if our motions are converted to summary judgment motions, Plaintiff would want to move to file a cross-motion for summary judgment and would like to seek clarity on how the Court prefers her to proceed with that request.

Counsel for the parties met and conferred on December 9, 2025 regarding a proposed briefing schedule, and the above issues were raised during the conference. Counsel for the parties agreed that the proper course of action at this time is to respectfully request a conference for further clarification of Your Honor's Scheduling Order.

The Court conveyed to Plaintiff's counsel that it would be available for a conference any time on January 27 or 28, 2026, or during the afternoons of January 29 and 30, 2026. Finally, counsel for Plaintiff

Hon. Gary R. Brown
December 16, 2025
Page 2

respectfully requests that the conference be held remotely due to potential travel issues; counsel for Defendants have no objection to the conference taking place remotely.

Accordingly, the parties respectfully and jointly request that Your Honor schedule a remote conference for clarification of Your Honor's Scheduling Order dated December 2, 2025 on January 28, 2026, or during the afternoons of January 29 and 30, 2026.  Thank you for your attention to and consideration of this request.

Sincerely,

/s/ Lisa M. Griffith

Lisa M. Griffith
Steven E. Smith


Cc: All Counsel of Record (via ECF)