

CHELSEA WEISBORD
cweisbord@sokoloffstern.com

January 27, 2026

VIA ECF
Honorable Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

      Re: *Doe v. Oceanside Union Free School District, et al.*
         Docket No. 2:25-cv-02304 (GRB) (ST)

Your Honor:

  We represent defendants Oceanside Union Free School District (the "District"), Jill DeRosa, Brendon Mitchell, and Mary Conlan (collectively the "District defendants"). Pursuant to Your Honor's January 13, 2026 Order, I write on behalf of all parties to propose a briefing schedule for Defendants' anticipated Motions to Dismiss under Fed. R. Civ. P. 12.

  The parties propose the following briefing schedule:

- **February 28, 2026:** (i) Defendants serve moving papers for their motions to dismiss; and (ii) the District defendants serve moving papers for their motion for sanctions;
- **April 29, 2026**: (i) Plaintiff serves opposition papers to defendants motions to dismiss; (ii) Plaintiff serves opposition papers to the District defendants motion for sanctions; and
- **May 20, 2026**: (i) Defendants serve reply papers for their motions to dismiss; and (ii) the District defendants serve their reply papers for their motion for sanctions. All papers shall be filed on that day in accordance with the Court's bundling rule.

 Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                *Chelsea Weisbord*

                CHELSEA WEISBORD